IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**CHRISTOPHER MAURICE CARR**                                      **PETITIONER**

V.                                   **CASE NO. 5:18-CV-5027**

**BOWIE COUNTY, TEXAS**                                           **RESPONDENT**

## ORDER

Comes on for consideration the Report and Recommendation (Doc. 7) filed in this case on March 29, 2018, by the Honorable Mark E. Ford, United States Magistrate Judge for the Western District of Arkansas. Fourteen (14) days have passed without objections being filed by the parties.

The Court has reviewed this case and, being well and sufficiently advised, finds as follows: the Report and Recommendation is proper and should be and hereby is **ADOPTED IN ITS ENTIRETY**. Accordingly, for the reasons stated in the Magistrate Judge's Report and Recommendation, the Petition for Writ of Habeas Corpus (Doc. 1) is **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED** on this 19th day of April, 2018.

TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE